*RECOMMENDED FOR FULL-TEXT PUBLICATION*
Pursuant to Sixth Circuit Rule 206

File Name: 06a0394p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

PAUL GREGORY HOUSE,

*Petitioner-Appellant,*

*v.*

No. 00-6136

RICKY BELL, Warden,

*Respondent-Appellee.*

Filed:  October 25, 2006

## **ORDER**

This appeal is now before us on remand from the Supreme Court, *House v. Bell*, 126 S. Ct. 2064 (2006).  In light of the Court's opinion (and the Tennessee attorney general's statement in respondent's brief before the Supreme Court that unexhausted issues remain under Tenn. Code. Ann. § 40-30-117(a)(2)(4)), we ask that the parties submit letter briefs addressing whether remand to the courts of Tennessee is appropriate in order to allow petitioner to exhaust his state-court remedies on his actual innocence claim.

Letter briefs shall be due within sixty days of this order and shall not exceed fifteen pages.

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green

Clerk

1